# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. LEE, | : | |
|     Petitioner | : | |
| | : | No. 1:22-CV-00158 |
| v. | : | |
| | : | (Judge Rambo) |
| WARDEN E. BRADLEY, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 18th day of May 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED** as moot; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                               s/ Sylvia H. Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge